NOT FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| TUTU PARK, LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 2008-98 |
| K&L TRADING, INC. d/b/a SOPHIA'S, | ) | |
| Defendant. | ) | |

**PARTIES:**

**J. Daryl Dodson, Esq.**
St. Thomas, U.S.V.I.
  *For the plaintiff,,*

**K&L Trading, Inc., d/b/a Sophia's,**
Urb. Julia Ind. Park, 798 Calle Canada No. 1265, San Juan, PR 00920
  *Pro se defendant.*

## DEFAULT JUDGMENT

**GÓMEZ, C.J.**

Before the Court is the motion of the plaintiff, Tutu Park Ltd. ("Tutu Park") for default judgment against the defendant, K&L Trading, Inc., d/b/a Sophia's ("K&L"). Upon review of the motion and supporting materials filed by Tutu Park, the Court finds:

1. Tutu Park is a limited partnership, organized under the laws of the U.S. Virgin Islands, with its principal place of business in the U.S. Virgin Islands.

2. K&L is a corporation organized under the laws of Puerto Rico, with its principal place of business in Puerto Rico.

3. TuTu Park operates the Tutu Park Mall in St. Thomas, U.S. Virgin Islands, and rents commercial space therein to various tenants.

4. On or about June 28, 2004, Tutu Park entered into a lease agreement (the "Lease") with K&L for retail space within the Tutu Park Mall. Pursuant to the Lease, K&L was obligated to pay rent on a monthly basis.

5. Thereafter, K&L failed to meet its rent obligations under the Lease.

6. On June 27, 2008, Tutu Park commenced this debt action against K&L. The record contains proof of service of Tutu Park's complaint and summons on K&L. On July 30, 2008, the Clerk of the Court entered default against K&L.

7. As of June 27, 2008, K&L owes Tutu Park the sum of $105,751.23 in past due payment obligations under the Lease.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Tutu Park's motion for default judgment against K&L is **GRANTED;** it is further

**ORDERED** that Tutu Park shall recover from K&L the sum of

$105,751.23; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

S_____
CURTIS V. GÓMEZ
**Chief Judge**